ROGER A. THORPE *v.* DUCCI ELECTRICAL
CONTRACTORS, INC., ET AL.
(12183)

LAVERY, LANDAU and SCHALLER, Js.

Argued December 9, 1993—decision released January 4, 1994

*Roger A. Thorpe,* pro se, the appellant (plaintiff).

*Mark E. Blakeman,* for the appellee (named defendant).

PER CURIAM. The judgment is affirmed.